FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Aug 06, 2021, 1:49 pm
Michelle Rynne, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:19-cr-00099-DKW-KJM-12 |
| Plaintiff(s), | ) | |
| | ) | Abstract of Release |
| vs. | ) | |
| (12) DELIA FABRO-MISKE, | ) | |
| Defendant(s). | ) | |

TO THE UNITED STATES MARSHAL AND/OR WARDEN, FEDERAL DETENTION CENTER:

Be advised that on the date of August 6, 2021, the Court entered the following order:

X   Defendant to be released from custody forthwith

X   Released to / continued on pretrial release. The defendant is ordered released from custody forthwith. Upon receipt of the Abstract of Release, the Federal Detention Center - Honolulu is authorized to immediately release the defendant from custody.

☐   Sentenced to time served

☐   Case Dismissed

☐   Released to / continued on supervised probation / unsupervised probation

☐   Released to / continued on supervised release

☐   Defendant to be released once bond conditions are met. As conditions have been met effective, defendant to be released forthwith.

☐   Bench warrant recalled

☐   Other:

Michelle Rynne, Clerk of Court

/s/ *Juliet Parker*

by: Juliet Parker, Courtroom Deputy