PS8 HIPS-SUP-L-PETITN-01 (06.12)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF HAWAII

U.S.A. vs. Delia Fabro-miske                                    CR 19-00099DKW-KJM-12

Petition for Action on Conditions of Pretrial Release

COMES NOW Erin Patrick, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant DELIA FABRO-MISKE, who was placed under pretrial release supervision by the Honorable Wes Reber Porter sitting in the Court at Honolulu, Hawaii. The defendant has been under pretrial services supervision since August 6, 2021. The current conditions of pretrial release are as follows:

REFER TO PRETRIAL SERVICES REPORT(S)

Respectfully presenting petition for action of Court and for cause as follows:

Pursuant to 18 U.S.C. § 3142(c)(3), Pretrial Services is submitting this report to request that the Court review the release order.

That the defendant's conditions of pretrial release be modified as follows:

**ADD:**

•       The defendant is released on an unsecured bond in the amount of: $25,000.00.

PRAYING THAT THE COURT WILL ORDER the aforementioned modification of pretrial release.

ORDER OF COURT

Considered and ordered this 11th day of August, 2021 and ordered filed and made a part of the records in the above case.

Kenneth J. Mansfield
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 11, 2021

ERIN PATRICK
U.S. Pretrial Services Officer

Place: Honolulu, Hawaii