JEFFREY T. ARAKAKI 4093
ATTORNEY AT LAW
1188 Bishop Street, Ste. 1604
Honolulu, Hawaii 96813
(808) 531-5517
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 19-00099 DKW KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO WITHDRAW |
| vs. | ) | AS COUNSEL; |
| | ) | DECLARATION OF |
| | ) | OF COUNSEL; |
| DELIA FABRO-MISKE, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW DEFENDANT DELIA FABRO-MISKE, by and through her court appointed attoney, Jeffrey Arakaki, and respectfully moves this Honorable Court for an Order granting the withdrawal and substitution of counsel in the above-captioned matter.

This motion is made pursuant to Rule 47 of the Federal Rules of Criminal Procedure and is based upon the records and files of this case, the attached Declaration of Counsel, and such evidence and argument as may be adduced at a hearing on the merits.

DATED: Honolulu, Hawaii, October 29, 2021.

JEFFREY ARAKAKI
Attormey for Defendant (12)
DELIA FABRO-MISKE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>vs.<br><br>DELIA FABRO-MISKE,<br><br>  Defendant. | CR. NO. 19-00099 DKW KJM<br><br>DECLARATION OF COUNSEL |

DECLARATION OF COUNSEL

JEFFREY T. ARAKAKI declares under penalty of law as follows:

1. Declarant is the court-appointed attorney representing defendant DELIA FABRO-MISKE in the above-entitled matter.

2. Defendant DELIA FABRO-MISKE has always been respectful and attentive to her case. She is a concerned and caring mother focused on the well being of her family and addressing the issues in this case.

3. Prior to the appointment of Declarant in the instant case, defendant had reached out to others, including Marsha Morrissey, Esq. for counsel.

4. Declarant has had an opportunity to meet with Ms. Morrissey together with defendant via ZOOM. Clearly, Ms. Morrissey is an extremely competent and capable attorney.

5. Declarant recently received a letter from Ms. Fabro-Miske asking

this counsel to withdraw as her counsel with a request to have the Court appoint Marsha Morrissey as substitute counsel. Her letter also appeared to express concern that Declarant's recent medical issues might compromise Declarant's ability to represent her at this time.

6. In the spirit of transparency and fairness to my clients, Declarant did inform them that his ophthalmologist has placed constraints on counsel in preparation of a medical procedure to save and preserve what sight he has remaining. Declarant is already legally blind in one eye. This procedure, if it goes as expected, will allow Declarant to continue practicing as a criminal defense attorney.

7. Defendant Fabro-Miske expressed her genuine concern for the well being of Declarant. That being said, Declarant understands her preference to have Ms. Morrissey represent her and, also, respectfully asks this Honorable Court to grant the instant motion and have Marsha Morrissey court appointed as counsel in this matter.

Declarant states under penalty of law that the foregoing is true and correct to the best of his knowledge and belief.

JEFFREY ARAKAKI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 19-00099 DKW KJM |
| | ) | |
| vs. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| DELIA FABRO-MISKE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

_O

| | | |
|---|---|---|
| MICHAEL NAMMAR, ESQ. | Michael.Nammar@usdoj.gov | Oct 30, 2021 |
| MICAH SMITH, ESQ. | Micah.Smith@usdoj.gov | Oct 30, 2021 |
| MARK A. INCIONG, ESQ. | Mark.Inciong@usdoj.gov | Oct 30, 2021 |

Assistant United States Attorneys
Rm. 6-100, 300 Ala Moana Blvd.
Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, _OCTOBER 30_, 2021.

_____
JEFFREY ARAKAKI