JEFFREY T. ARAKAKI 4093
ATTORNEY AT LAW
1188 Bishop Street, Ste. 1604
Honolulu, Hawaii 96813
(808) 531-5517
Attorney for Defendant

IN THE  UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 19-00099 DKW KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | SECOND MOTION TO |
| vs. | ) | WITHDRAW AS COUNSEL; |
| | ) | DECLARATION OF |
| | ) | OF COUNSEL; |
| DELIA FABRO-MISKE, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## SECOND MOTION TO WITHDRAW AS COUNSEL

COMES NOW DEFENDANT DELIA FABRO-MISKE, by and
through her court appointed attorney, Jeffrey Arakaki, and respectfully
moves this Honorable Court for an Order granting the withdrawal and
substitution of counsel in the above-captioned matter.

This motion is made pursuant to Rule 47 of the Federal Rules of Criminal Procedure and is based upon the records and files of this case, the attached Declaration of Counsel, and such evidence and argument as may be adduced at a hearing on the merits.

DATED:  Honolulu, Hawaii, November 3, 2021.

JEFFREY ARAKAKI
Attormey for Defendant (12)
DELIA FABRO-MISKE

-2-

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA, )      CR. NO. 19-00099 DKW KJM
                                               )
              Plaintiff,                  )
                                               )
     vs.                                    )      DECLARATION OF
                                               )      COUNSEL; EXHIBIT A
DELIA FABRO-MISKE,               )
                                               )
              Defendant.                )
                                               )
_____ )

## DECLARATION OF COUNSEL

JEFFREY T. ARAKAKI declares under penalty of law as follows:

1. Declarant is the court-appointed attorney representing defendant DELIA FABRO-MISKE in the above-entitled matter.

2. Defendant DELIA FABRO-MISKE has always been respectful and attentive to her case.  She is a concerned and caring mother focused on the well being of her family and addressing the issues in this case.

3. Prior to the appointment of Declarant in the instant case, defendant had reached out to others, including Marsha Morrissey, Esq. for counsel.

4. Declarant has had an opportunity to meet with Ms. Morrissey together with defendant via ZOOM .  Clearly, Ms. Morrissey is an extremely competent and capable attorney.

5. Declarant recently received a letter from Ms. Fabro-Miske asking

is the basis for irreconcilable differences between Counsel and Declarant.

6. Ms. Fabro-Miske is not confident in the ability of Defendant to adequately represent her.

7. Declarant is not able to adequately represent Ms. Fabro-Miske at present, because of his health situation. See Exhibit A, a replica of a letter prepared for another Court which Declarant asked Dr. Yim to have addressed to "To whom it may concern", in the event that Counsel's present health situation needed to be explained

8. Accordingly, we respectfully ask this Honorable Court to grant the instant motion.

Declarant states under penalty of law that the foregoing is true and correct to the best of his knowledge and belief.

JEFFREY ARAKAKI

-2-



# SUGIKI • PORTIS • YIM
## EYE CENTER

To Whomever it May Concern,

Jeffrey Arakaki is under my care for his eyes. He has severe glaucoma in both eyes, and has lost >80% of his vision in the right eye and > 70% of his vision in the left eye. The left eye is considered legally blind already as the glaucoma has taken his central vision. Recently, his glaucoma was not well controlled and will require a combination glaucoma plus cataract procedure in the near future to achieve better pressure control in his good eye to decrease the rate of glaucomatous vision loss in an attempt to buy his eye as much time with useful sight as possible. The longer the pressures in his eyes remain elevated, the faster he will lose vision. The vision loss in glaucoma is unfortunately irreversible and thus, we have to work quickly to remove this cataract and try to decrease the pressure in his eye. He has very complex eyes with many issues that can possibly complicate surgery and makes this procedure more difficult to plan for than a traditional cataract surgery.

He will require to be out of his hard contact lenses for at least the next 3 months which will significantly decrease and degrade the quality of his vision given his high astigmatism which will make working extremely difficult if not impossible as he only has 1 good eye remaining which has already lost > 80% of its vision.

I am aware he had a trial scheduled in the near future, I am asking for you to please push back the trial date so that I am able to properly treat Mr. Arakaki in the safest way possible for him to get the best possible outcome. Thank you so much, please feel free to call me if you have any further questions.

Sincerely,

Michael Yim
Ph: 808-528-5333

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO. 19-00099 DKW KJM |
| ) | |
| vs. ) | |
| ) | CERTIFICATE OF SERVICE |
| DELIA FABRO-MIŚKE, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

 O

| | | |
|---|---|---|
| MICHAEL NAMMAR, ESQ. | Michael.Nammar@usdoj.gov | Nov 3, 2021 |
| MICAH SMITH, ESQ. | Micah.Smith@usdoj.gov | Nov 3, 2021 |
| MARK A. INCIONG, ESQ. | Mark.Inciong@usdoj.gov | Nov 3, 2021 |

Assistant United States Attorneys
Rm. 6-100, 300 Ala Moana Blvd.
Honolulu, Hawaii 96850

DATED:  Honolulu, Hawaii, _____, 2021.

JEFFREY ARAKAKI