LAW OFFICE OF JOHN SCHUM
JOHN SCHUM 8525
P.O. BOX 1241
HONOLULU, HI 96807
(808) 838-9586
John@JohnSchum.com

Attorney for Defendant
DELIA FABRO-MISKE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 19-00099-DKW-KJM |
| Plaintiff, | EXHIBIT (H) - REDACTED; CERTIFICATE OF SERVICE |
| vs. | |
| MICHAEL J. MISKE, JR., ET. AL. | |
| Defendants. | |

### EXHIBIT (H) - REDACTED

Redacted Exhibit (H) is substituted in place of the unredacted version of the same Exhibit contained in my Declaration of Counsel (Dkt. No. 707) filed on December 27, 2022.

DATED: at Honolulu, Hawai`i, on December 27, 2022.

/s/ John Schum
JOHN SCHUM
Attorney for Defendant
DELIA FABRO-MISKE (12)