245E-HN-4528089 Serial 1302
-1 of 2-

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    07/12/2019

**DOCUMENT RESTRICTED TO CASE PARTICIPANTS**
This document contains information that is restricted to case participants.

On February 27, 2019, FBI Task Force Officers (TFO) Landon Tafaoa and Shane Williams, initiated a physical review of data and digital evidence, associated with Evidence Item Number 1B426, one (1) blue Kyocera, keyboard type, slide phone.

The review was conducted manually at the Honolulu Field Office on TFO Williams's work station desk area, with the assistance of TFO Tafaoa. TFO Tafaoa and Williams identified pertinent information by reviewing contacts, recent history, messaging, my phone identification applications and taking photos of them.

The legal review was a search warrant. TFO Tafaoa and Williams's review revealed the following information pertinent to the investigation. The results of the review of Evidence Item Number 1B426 are documented in forty-eight digital photographs. Listed below are descriptions of each photo and are not exact. For specific details and more information, please refer to each photocopy of each photograph:

1. photo of phone within FBI Evidence Pouch, Note: the phone was then physically removed from the evidence pouch
2. photo of the phone, rear view displaying FBI Evidence tag
3. photo of phone, front view
4. photo of front view of phone activated with locked screen
5. front view of phone unlocked
6. photo of 'Phone Info'
7. photo of 'My Name Card' listing 'No Name' and phone number ▬
8. photo of 'Phone #/UserID' with phone information
9. photo of 'Phone #/UserID' with more phone information
10. photo of phone applications
11. photo of phone with slide extended (open), front view

Investigation on  02/27/2019  at  Honolulu, Hawaii, United States (In Person)

File #  245E-HN-4528089                                      Date drafted  07/08/2019

by  Shane Keola Williams

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

00293661
USA v. MISKE, ET AL.

FD-302a (Rev. 5-8-10)

245E-HN-4528089

Continuation of FD-302 of (U) Review of Item 1B426 , On 02/27/2019 , Page 2 of 2

12. photo of 'Messaging'
13. photo of 'Send To'
14. photo of 'Messages'
15. photo of text message to ▊▊▊▊, Mon, Jul 21 14 3:43 pm
16. photo of text message from ▊▊▊▊, Mon, Jul 21 14, 2:03 pm
17. photo of text message to ▊▊▊▊, Mon, Jul 21 14, 2:01 pm
18. photo of text message to ▊▊▊▊, Mon, Jul 21 14, 8:18 am
19. photo of text messsage from ▊▊▊▊, Mon, Jul 21 14, 6:42 am
20. photo of Message 9329, PIN number for ▊▊▊▊ account
21. photo of 'Messsaging' with alert to disable Airplane Mode
22. photo of 'Recent History', Tue, Jul 22 14, listing three (3) numbers
23. photo of 'History' of ▊▊▊▊, 12:44 am, Tue Jul 22
24. photo of 'History' of ▊▊▊▊, 12:23 am, Tue Jul 22
25. photo of 'History' of ▊▊▊▊, 5:22 pm, Mon Jul 21
26. photo of 'History' of ▊▊▊▊, 5:13 pm, Mon Jul 21
27. photo of 'History' of ▊▊▊▊, 4:56 pm, Mon Jul 21
28. photo of 'History' of ▊▊▊▊, 4:51 pm, Mon Jul 21
29. photo of 'History' of ▊▊▊▊, 4:50 pm, Mon Jul 21
30. photo of 'History' of ▊▊▊▊, 4:48 pm, Mon Jul 21
31. photo of 'History' of ▊▊▊▊, 4:37 pm, Mon Jul 21
32. photo of 'History' of ▊▊▊▊ and message to, that reads: Yo bro we running late on schedule is there anyway u can meet us in frisco? We have to straighten things out with the ride home
33. photo of 'History' of ▊▊▊▊ and message from, Mon, Jul 21 14 2:03 pm, that reads: I'll let you know 1 hour b4 theycome
34. photo of 'History' of ▊▊▊▊ and message to, Mon, Jul 21 14 2:01 pm, that reads: Yo bro how long more we still have to head out from here
35. photo of 'History' of ▊▊▊▊, 11:51 am, Mon Jul 21
36. photo of 'History' of ▊▊▊▊ and message to, Mon, Jul 21 14 8:18 am, that reads: Bro do u have vicodin or pain killers my boys shoulder is fucked up
37. photo of 'History' of ▊▊▊▊ 7:08 am, Mon Jul 21
38. photo of 'History' of ▊▊▊▊ 7:06 am, Mon Jul 21
39. photo of 'History' of ▊▊▊▊ 7:04 am, Mon Jul 21
40. photo of 'History' of ▊▊▊▊ and message from, Mon, Jul 21 14 6:42 am, that reads: Are you here already
41. photo of 'History' of ▊▊▊▊, 6:41 am, Mon Jul 21
42. photo of 'History' of ▊▊▊▊, 6:36 am, Mon Jul 21
43. photo of 'History' of ▊▊▊▊, 9:34 pm, Sun Jul 20
44. photo of 'History' of ▊▊▊▊, 5:10 pm, Sat Jul 19
45. photo of 'History' of ▊▊▊▊, 5:09 pm, Sat Jul 19
46. photo of 'History' of ▊▊▊▊, 4:06 pm, Sat Jul 19
47. photo of 'History' of 9, Sat, Jul 19 14, 6:49 pm
48. photo of 'History' of ▊▊▊▊, Sat, Jul 19 14, 4:03 pm

# FEDERAL BUREAU OF INVESTIGATION

Date of entry 09/04/2019

## DOCUMENT RESTRICTED TO CASE PARTICIPANTS

This document contains information that is restricted to case participants.

On April 19, 2019, Wayne Miller ("Miller") (Protect Identity), date of birth (DOB) ▮▮▮▮, Social Security Account Number (SSAN) ▮▮▮▮ was interviewed at 300 Ala Moana Boulevard, Honolulu, Hawaii 96815, by Federal Bureau of Investigation (FBI) Special Agent (SA) Grant Knorr, FBI Task Force Officer (TFO) Shane Williams, FBI TFO Landon Tafaoa, FBI TFO Phillip Trani, Assistant United States Attorney (AUSA) Micah Smith, and AUSA Michael Nammar. Miller's attorney, Max Mizono, was also present for the interview. After being advised of the identities of the interviewing agents, Miller voluntarily provided the following information:

### Evidence Item 1B423:

Miller identified a photo of Evidence Item Number 1B423 as his cellular telephone. 1B423 is described as one (1) white iPhone, Model MD260LL/A, IMEI: 013203004062001, with a contact number of 808-679-9884.

Miller identified individuals assigned to the following contacts from the phone:

- Contact ▮▮▮▮ was ▮▮▮▮
- Contact ▮▮▮▮ was ▮▮▮▮
- Contact ▮▮▮▮ was ▮▮▮▮



Miller was permitted to review the text messages extracted from 1B423. The entirety of these messages are contained on 1B441 (QHN37). Several of the text messages did not identify the other party (Contact name or phone number) of the message conversation but included the content of the message, date and time of the message, and direction of the message.

Miller stated that communication with ▮▮▮▮ was almost always conducted in

---

Investigation on 04/19/2019 at Honolulu, Hawaii, United States (In Person)

File # 245E-HN-4528089-RESTRICTED, 183F-HN-2995656-RESTRICTED  Date drafted 06/25/2019

by Shane Keola Williams, Grant Knorr, Landon Lemoe Tafaoa

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)  Case 1:19-cr-00099-DKW-KJM  Document 709-1  Filed 12/29/22  Page 4 of 15  PageID.4731

245E-HN-4528089-RESTRICTED

Continuation of FD-302 of (U) Interview of Wayne Miller (Protect Identity) on April 19, 2019 , On 04/19/2019 , Page 2 of 13

person and it would be difficult for him to identify specific text messages with ▮ occasionally provided burner phones to Miller which ▮ would use once with Miller and then throw away. To setup in-person meetings, Miller often contacted the business phone of ▮ ▮ secretary would give the phone to ▮ and they would have a short conversation, or the secretary would relay a message to Miller with coded language to describe a meeting place with ▮.

Text message session 227, occurring on 07/17/2014, which read "I stay Kaneohe" was a text message Miller believed he sent to ▮ which may have related to preparations to travel to Los Angeles.

Text message session 14, occurring on 07/21/2014, which read "Pain pills if can" was a text message received from ▮. Miller and ▮ arrived in Los Angeles and checked into their hotel. ▮ was looking for pain killers because his back was sore. ▮ stayed at the hotel while Miller took the money and left with a Mexican from ▮ group. Miller met the Mexicans at a house where they counted up the cash using money counting machines. The cocaine was already at the house and Miller was permitted to cut open one of the bricks to verify the drug's quality. Both parties were satisfied and Miller watched the Mexicans package up the cocaine and place it into concealed compartments in one of their vehicles. Meanwhile, the Mexicans sent a driver and a white Cadillac to go pick up ▮ at the hotel so they could depart for San Francisco.

▮ was going to help Miller and ▮ distribute the cocaine they brought back from California. Miller estimated the average price per kilogram of cocaine was $60,000.00 at the time, but Miller was getting it for approximately $50,000.00 per kilogram. ▮ provided Miller with the information for ▮. ▮ was an alias name used for the post office box. ▮ told Miller the post office box was a safe location to send contraband. One of Miller's friends successfully used the post office box to ship marijuana. ▮ was not comfortable with Miller shipping the cocaine supplied in Los Angeles through the post office box because he was fearful it would be seized by law enforcement. ▮ directed Miller to maintain control of the drugs during transport back to Hawaii by using ▮ contacts at the airport to

Case 1:19-cr-00099-DKW-KJM  Document 709-1  Filed 12/29/22  Page 5 of 15
PageID.4732

FD-302a (Rev. 5-8-10)

245E-HN-4528089-RESTRICTED

Continuation of FD-302 of (U) Interview of Wayne Miller (Protect Identity) on April 19, 2019 , On 04/19/2019 , Page 3 of 13

smuggle the drugs through security.

Text message 130, occurring on July 17, 2014, which read "Tell him lay in his van and chill like Uncle Sam" was a text message sent to ▮▮▮▮▮▮▮▮▮▮. Miller was on his way to exchange money with ▮▮▮. ▮▮▮ provided Miller with smaller bills, (50s and 20s) which were old, wet and smelled like old money. Miller wanted to exchange the old bills provided by ▮▮▮ for new $100 bills to make transporting the money to California easier. Miller hooked up with ▮▮▮ when he got out of prison around 2014. ▮▮▮ was making good money selling dope and he involved Miller.

Text Message 45, occuring on July 15, 2014, which read "Name for the ▮▮▮ ▮▮▮" was an outgoing message sent to an unknown recipient. Miller believed the message was possibly related to Miske but was unsure why. AUSA Nammar showed Miller a business check for ▮▮▮ which stated a person ▮▮▮ was associated with the business. After reviewing, Miller recalled that ▮▮▮ was attempting to setup a food vending business to sell food items outside of ▮▮▮ ▮▮▮ was the girlfriend or wife of ▮.

Text Message 181, occurring on July 15, 2014, which read "Wat mailes full name" was an incoming message from an unknown sender. Miller sent text message 180 which read ▮▮▮". Miller advised he would typically only provide ▮▮▮ full name to either ▮▮▮ ▮▮▮. Miller believed this related to the renting of a hotel room in ▮▮▮ name in Los Angeles.

**Evidence Item 1B424:**

Miller identified a photo of evidence item 1B424 as possibly belonging to ▮▮▮. 1B424 is described as one (1) black Motorola Blackberry, MEID: A000002C6531FF, cellular phone, with a contact number of ▮▮▮.

**Evidence Item 1B425:**

Miller identified a photo of evidence item 1B425, as belonging to ▮▮▮. 1B425 is described as one (1) black Verizon LG cellular phone, MEID: A0000034E4B100, with a contact number of 8▮▮▮.

245E-HN-4528089-RESTRICTED

Continuation of FD-302 of (U) Interview of Wayne Miller (Protect Identity) on April 19, 2019 , On 04/19/2019 , Page 4 of 13

Miller was permitted to review the contact listing and stated that the contact ▮▮▮▮▮ was likely ▮▮▮▮▮ contact in San Francisco.

Miller was permitted to review the text messages extracted from 1B425. The entirety of these messages are contained on 1B441 (QHN39). Miller reviewed text message session 41, occurring on 06/28/2014, which read "My boy said he would have to come up there. I'll come with him. he said if he hooks you up with the 27500 up there can you bring his back?" The message was sent from ▮▮▮▮▮ to ▮▮▮▮▮." Miller advised this text message was a reference to the fee Miller was willing to pay ▮▮▮▮▮ contact to smuggle the drugs back to Hawaii. Miller believed text message 37 referred to amounts of methamphetamine ▮▮▮▮▮ was negotiating with his supplier.

(Agent Note: Based on investigation to date, writer believes ▮▮▮▮▮ source of supply and contact for smuggling drugs through San Francisco Airport was ▮▮▮▮▮

Miller observed text messages between ▮▮▮▮▮ that mentioned a ▮▮▮▮▮ Miller did not know the identity of person they were discussing.

However, Miller advised that he and others in Hawaii sometimes referred to ▮▮▮▮▮" for a nickname because he was always ▮▮▮▮▮ Bonilla dealt drugs with Miller, ▮▮▮▮▮ obtained firearms from ▮▮▮▮▮ and provided some of them to Miller.

Miller reviewed text message 26, occuring on July 16, 2014, which read "Can I send a box. Tomorrow?" The message was sent from ▮▮▮▮▮ Miller advised that ▮▮▮▮▮ often sent money to his supplier via mail or parcel carrier and believed the message referenced cash ▮▮▮▮▮ wished to send to California.

Miller reviewed text message 14, occurring on July 19, 2014, which read "Ill be coming up from down south Monday afternoon. Will the mech be ready this week." The message was sent from ▮▮▮▮▮." Miller believed this was a reference to ▮▮▮▮▮ and Miller traveling from Los Angeles to San Francisco.

FD-302a (Rev. 5-8-10)  Case 1:19-cr-00099-DKW-KJM   Document 709-1   Filed 12/29/22   Page 7 of 15
PageID.4734

245E-HN-4528089-RESTRICTED

Continuation of FD-302 of (U) Interview of Wayne Miller (Protect Identity) on April 19, 2019 ,On 04/19/2019 , Page 5 of 13

Miller reviewed text message 6, occurring on July 21, 2014, which read "Ready on my side" and text message 5, occurring on July 21, 2014, which read "We. Be there around 7. Call u on my in." The other party of the message conversations were not provided. Miller believed the messages were between ▓▓▓▓ and his supplier to coordinate when ▓▓▓▓ would arrive with the drugs in San Francisco and that the supplier was prepared to receive ▓▓▓▓ and Miller.

**Evidence Item 1B426:**

Miller identified a photo of evidence item 1B426, as possibly his cellular phone. 1B426 is described as one (1) blue Kyocera keyboard slide phone, with a contact phone number of ▓▓▓▓. The entirety of these messages are contained on 1B435. Miller reviewed a screen shot of an outgoing message to ▓▓▓▓, the message read "Yo bro we running late on schedule is there anyway u can meet us in frisco? We have to straighten things out with the ride home." Miller believed this message may have been sent by him to ▓▓▓▓ group to coordinate their transaction and travel plans.

**Evidence Item 1B427**

Miller identified a photo of evidence item 1B427, as belonging to ▓▓▓▓ 1B427 is described as one (1) white iPhone, model A1349, with contact phone number of ▓▓▓▓.

Miller was permitted to review the text messages extracted from 1B427. The entirety of these messages are contained on 1B441 (QHN41). Miller stated the code word or name "Mandy" was a reference to crystal methamphetamine aka 'ice' or 'Candy'. The letter 'C' was simply swapped wit the letter 'M'. ▓▓▓▓ dealt methamphetamine with ▓▓▓▓.

Miller advised that mention of a ▓▓▓▓ was likely in reference to a drug debt owed from ▓▓▓▓. ▓ provided a ▓▓▓▓ to ▓▓▓▓ as collateral until the debt could be settled with a cash payment. Miller advised that 'girls', 'boys', and 'shirts' were coded language for drugs used by ▓▓▓▓.

**Evidence Item 1B428:**

245E-HN-4528089-RESTRICTED

Continuation of FD-302 of (U) Interview of Wayne Miller (Protect Identity) on April 19, 2019 , On 04/19/2019 , Page 6 of 13

Miller identified a photo of evidence item 1B428, as belonging to ▓▓▓. 1B428 is described as one (1) black iPhone 4S, model MC676LL/A, MEID: A100001C5E8918, with a contact phone number of ▓▓▓.

Miller reviewed the contact listing in the phone and was not familiar with the names provided. The phone number for 1B423, ▓▓▓ a phone identified by Miller as a phone he utilized, was listed as contact ▓▓▓ in this phone.

**Evidence Item 1B429**

Miller identified a photo of evidence item 1B429, as his cellular phone. 1B429 is described as one black iPhone 4D, model MC676LL/A, MEID: A100001AE864ED, with a contact phone number of ▓▓▓.

Miller was permitted to review the text messages extracted from 1B429. The entirety of these messages are contained on 1B441 (QHN43). Miller advised that the Mexicans who were going to supply the cocaine came to Oahu to negotiate a deal with Miller in July 2014, prior to ▓▓▓ and Miller traveling to Los Angeles. One of the Mexican's names started with ▓.

Miller reviewed text message sessions 87-89. Miller advised that 'reservations', 'the restaurant' were code words used for drug transactions. He stated that '10 or 11 people' referred to 10 or 11 kilograms of cocaine.

Miller reviewed message 84 and advised that the term "credit" was referring to fronting drugs and "debit" was referring to cash. The drug suppliers would not front drugs and only accepted cash in advance.

Miller reviewed message 61 and advised that ▓▓▓ was a reference to ▓▓▓ who worked at ▓▓▓. ▓▓▓ booked flights via her employee discount for the Mexicans that flew to meet Miller in Hawaii to negotiate terms.

Miller reviewed message 2. Miller advised he ate breakfast with the Mexicans shortly before they flew back to Los Angeles. Miller drove them to the North Shore where they at lunch at ▓▓▓ ▓▓▓ During the trip, Miller showed them his cash so they would take him seriously when he

FD-302a (Rev. 5-8-10)    Case 1:19-cr-00099-DKW-KJM   Document 709-1   Filed 12/29/22   Page 9 of 15
PageID.4736

245E-HN-4528089-RESTRICTED

Continuation of FD-302 of  (U) Interview of Wayne Miller (Protect Identity) on April 19, 2019 , On 04/19/2019 , Page 7 of 13

arrived to pick up the drugs in Los Angeles.

About 1-2 weeks prior to the meet with the Mexicans in Los Angeles, Miller met with ▮▮▮ about the money. Miller met ▮▮▮ down the road from the ▮▮▮ which was a nickname for ▮▮▮'s then girlfriend, ▮▮▮ arrived in a ▮▮▮ sedan which Miller knew to be ▮▮▮ vehicle. ▮▮▮ gave Miller a big duffle bag containing the cash.

Miller was taken into custody by law enforcement following the traffic stop of the motorcade of vehicles that was traveling to San Francisco with the drugs. Miller had to be taken to the hospital because of his heart condition. Miller had money in his backpack which he lost. The police let Miller go free after being checked out by the hospital.



Miske bribed or convinced a ▮▮▮ to provide him with ▮▮▮ cellular phone records to determine if ▮▮▮ was communicating with other men. ▮▮▮ discovered that ▮▮▮ had illegally obtained her records and filed a police report with HPD. ▮▮▮ fired the employee but he was later hired by ▮▮▮ to work at one of ▮▮▮.

## GPS Tracking

SA Knorr showed Miller a photo of 1B430, GL 300 GPS Device IMEI#860599001851450. Miller identified the device in the photo as one of the devices he used the track individuals for ▮▮▮. Specifically, Miller recognized his handwriting of the number "1" with a black marker on the front of the device. Miller utilized two GL 300 GPS devices, labeled by hand "1" and "2" respectively. Miller typically utilized one device and put the other device on the charger so it would be ready for future use. A copy of the photo shown to Miller, containing an image of 1B430, will be included with this report.

SA Knorr advised Miller that ▮▮▮ found the GL 300 device identified by Miller in the trunk of her car and provided the device to investigators. Miller sometimes used ▮▮▮ vehicle and believed he likely left the device in her trunk on accident. Miller mistakenly thought

FD-302a (Rev. 5-8-10)  Case 1:19-cr-00099-DKW-KJM  Document 709-1  Filed 12/29/22  Page 10 of 15
PageID.4737

245E-HN-4528089-RESTRICTED

Continuation of FD-302 of (U) Interview of Wayne Miller (Protect Identity) on April 19, 2019 , On 04/19/2019 , Page 8 of 13

he had cleared or dumped all of the data from his GPS devices.

▇▇ directed Miller to purchase a slap-on GPS style tracker that Miller could easily install on the vehicle of the individuals ▇▇ wanted Miller ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Miller ordered a tracker but purchased the wrong kind and it didn't work. ▇▇ showed Miller the type of GPS tracker he used and demonstrated how to monitor the device by logging into his account with his password on Miller's phone. ▇▇ told Miller the GPS device worked well and could last up to two weeks on a single charge. The company that sold the device was ▇▇ or contained ▇▇ in the title.

▇▇ told Miller to have ▇▇▇▇▇▇▇▇▇▇▇ Miller's ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ order the tracker for Miller via ▇▇. ▇▇ ordered the device and Miller used ▇▇s email as a login, followed by his password. Miller subsequently utilized his cell phone to monitor the location of the device when in use.

Note: SA Knorr received information from ▇▇▇▇ for the International Mobile Equipment Identity Number ("IMEI") associated with 1B430. ▇▇ ▇▇ email address ▇▇▇▇▇▇▇▇▇▇ emailed the company during the setup of the account and utilized her email address as the username. The reseller of the device was ▇▇▇▇▇▇, the activation date was ▇▇▇▇ 2017, the deactivation date was ▇▇▇▇ 2018. SA Knorr conducted law enforcement database checks and identified ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ date of birth ▇▇▇▇, SSN: ▇▇▇▇ address ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ 96701.

Miller utilized the GL300 device to follow ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ whom ▇▇ referred to as ▇▇." Miller did not use the device to follow ▇▇▇▇▇ prior to kidnapping ▇▇ at the behest of ▇▇▇▇▇▇ utilized his own GPS device to assist in tracking ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Miller believed ▇▇ installed the device on ▇▇▇▇▇▇ vehicle when ▇▇ was visiting ▇▇▇▇▇▇▇▇▇▇▇▇. ▇▇ showed Miller where ▇▇ lived in the ▇▇▇▇▇▇▇▇▇▇ located near ▇▇▇▇▇▇▇▇▇▇▇▇▇ Honolulu, Hawaii. ▇▇ showed Miller where ▇▇ parked his vehicle and how to piggy back into the secured structure behind

FD-302a (Rev. 5-8-10)

Case 1:19-cr-00099-DKW-KJM   Document 709-1   Filed 12/29/22   Page 11 of 15
                              PageID.4738

245E-HN-4528089-RESTRICTED

Continuation of FD-302 of  (U) Interview of Wayne Miller (Protect Identity) on April 19, 2019 , On 04/19/2019 , Page 9 of 13

another vehicle. ▮ described ▮ vehicle as a ▮ with dark tinted windows.

### Review of 1B430 GL 300 GPS Device Locations ▮

SA Knorr permitted Miller to review GPS data locations for 1B430, the GL 300 GPS Device, which were provided pursuant to a search warrant to Matrack, ( *see serial 1238, 1A795, file "TLRsubpoena.csv"*) The file was viewed in a KMZ format using Google Earth with Miller.

Miller initially met ▮ at her apartment to collect the device. Miller described ▮ apartment as located near ▮ and the ▮ overpass. The initial location for the GL300 was logged on March 13, 2017. The approximate location of the tracker was ▮ 96701.

Miller reviewed and identified locations pertaining to the tracking of ▮ Miller identified locations at ▮, Hawaii as ▮ residence. Miller identified locations on ▮ as ▮ place of employment at ▮. Miller identified ▮. Miller advised that ▮ daily routine generally revolved around these locations or other locations in the Honolulu metro area. Miller advised that he used the GL 300 device under review to solely monitor the whereabouts of ▮

### ▮ Transfer of GL 300 GPS

SA Knorr identified a residential location near the intersection of ▮ in ▮ Hawaii where the device had frequently registered a location. Miller advised this location was a residence that was rented by ▮ Miller recalled that he gave the GL 300 GPS device to ▮ and had neglected to provide the information previously. After reviewing the dates of the data, Miller estimated that he gave the device to ▮ in approximately May 2017 and received the device back from ▮ in approximately November 2017. ▮ subsequently moved to ▮ to start a transportation business ▮

245E-HN-4528089-RESTRICTED

Continuation of FD-302 of (U) Interview of Wayne Miller (Protect Identity) on April 19, 2019 , On 04/19/2019 , Page 10 of 13

▓ received information about a group of drug dealers who were transporting large quantities of methamphetamine from Las Vegas to Oahu. ▓ asked Miller to use the GPS device so he could install it on the vehicle the Las Vegas dealers picked up at the airport. ▓ wanted to track the dealers from the airport to whatever hotel or residence they settled in so he could rob them and steal all of their drugs and/or money. Miller provided the device and charger to ▓ as well as Miller's user name and password to login and monitor the device's location.

▓ was heavily addicted to drugs and used to sell prescription pills to Miller. ▓ got into a fight with ▓ and tried to kill ▓. ▓ kicked ▓ off his property and ▓ went to a drug rehabilitation center in ▓ to try and get sober. ▓ returned to Hawaii and put six (6) months rent down in cash at the ▓ while he figured out what to do next. Miller introduced ▓ to ▓ but did not think that ▓ knew ▓.

### Review of 1B430 GL 300 GPS Device Locations ▓

SA Knorr identified a ▓ location near ▓ in ▓ Hawaii where the device had frequently registered a location. Miller advised these locations likely reflected ▓ location. ▓ maintained a ▓ in this area. ▓ owned the property and leased a portion of it to ▓.

SA Knorr identified a location mauka of the ▓ off ramp area. Miller advised ▓ frequented that area and this location likely reflected ▓ location.

SA Knorr identified a location off of ▓ near ▓ where the device had frequently registered a location. Miller advised these locations likely reflected ▓ location as he visited ▓ on the ▓.

### Review of 1B436, Digital Evidence Extracted from Miller iPhone

Miller was permitted to review digital evidence extracted from his Apple iPhone (1B415). The entirety of data viewed is contained on evidence item 1B436. A summary of this data is provided in serial 1225 of the case file.

Case 1:19-cr-00099-DKW-KJM  Document 709-1  Filed 12/29/22  Page 13 of 15
PageID.4740

FD-302a (Rev. 5-8-10)

245E-HN-4528089-RESTRICTED

Continuation of FD-302 of (U) Interview of Wayne Miller (Protect Identity) on April 19, 2019 , On 04/19/2019 , Page 11 of 13

Miller reviewed a screen shot from a GPS tracking application that depicted the area surrounding the ▮▮▮▮▮▮▮▮▮▮ Miller advised he was tracking ▮▮▮ at his residence.

Miller reviewed a screen shot from a GPS tracking app that depicted ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Miller reviewed a screen shot from a GPS tracking app that depicted a ▮▮▮ ▮▮▮ Miller advised this was ▮▮▮▮▮▮▮▮▮▮ and he was tracking ▮▮▮

Miller reviewed a photo of a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Miller reviewed a photo of a ▮▮▮ inside a ▮▮▮. Miller identified the ▮▮▮ as ▮▮▮▮ on ▮▮▮▮ in Honolulu, Hawaii. Miller identified the shop via Google Map street view. The ▮▮▮ was owned by ▮▮▮▮▮▮. The tractor was stolen by chronics along with a mini excavator, a Bobcat, and a trailer for the tractor. ▮▮▮ acquired the stolen equipment from the chronics but needed to move to Las Vegas before he could sell the equipment for the price he wanted. Miller offered ▮▮▮ $12,000.00, which he accepted. Miller later sold the equipment for $25,000.00 to a ▮▮▮▮▮▮▮ purchaser was concerned Miller would try and steal the equipment again after he transported the equipment to his ▮▮▮.

Miller reviewed a photo of ▮▮▮ interior with multiple vehicles parked inside. Miller identified this location as ▮▮▮▮▮▮. ▮▮▮▮▮▮▮

Miller reviewed multiple video's and photos related to his surveillance of ▮▮▮▮▮▮▮▮▮▮ on approximately April 19, 2017. (Session 3132 and Session 3133.) ▮▮▮ was operating a ▮▮▮ on the opposite side of the

FD-302a (Rev. 5-8-10)

245E-HN-4528089-RESTRICTED

Continuation of FD-302 of (U) Interview of Wayne Miller (Protect Identity) on April 19, 2019 , On 04/19/2019 , Page 12 of 13

from Miller. ▮▮▮ was frustrated with Miller's lack of progress in ▮▮▮ and accused Miller of taking the Christmas holiday off when he should have been out working for ▮▮▮. Miller recorded a video of himself looking for ▮▮▮ near the ▮▮▮ late in the evening on Christmas Eve (Session 3130).

Miller identified ▮▮▮ in a video claiming that ▮▮▮ Jacob Smith ("Smith") and ▮▮▮

Miller reviewed a screen shot of an Instagram message between ▮▮▮ which ▮▮▮ forwarded to Miller. The message from ▮▮▮

Miller reviewed several text messages between he and ▮▮▮ related to the ▮▮▮ Miller identified ▮▮▮ as the contact and phone number for ▮▮▮ knew ▮▮▮ Miller needed direction from ▮▮▮ regarding what to do with ▮▮▮ while Miller had ▮▮▮ Miller contacted ▮▮▮ about getting paid for ▮▮▮. Miller advised ▮▮▮" during his communications with ▮▮▮.

▮▮▮ told Miller, "the beach is closed" (Session 2355). Miller explained this meant that the meeting location at ▮▮▮ near ▮▮▮ was not a suitable location to meet at the time.

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of (U) Interview of Wayne Miller (Protect Identity) on April 19, 2019 , On 04/19/2019 , Page 13 of 13

245E-HN-4528089-RESTRICTED

## Miscellaneous

SA Knorr showed Miller a photo  date of birth ▇▇▇▇. The photo depicted a ▇▇▇▇ and ▇▇▇ face was not visible in the photo. Miller did not recognize individual in the photo.

Miller advised 

Miller was concerned that ▇▇ would harm ▇▇▇▇▇▇▇▇ in retaliation for ▇▇▇▇▇▇▇▇▇▇. ▇▇▇▇▇ operated a ▇▇▇▇ with ▇▇▇▇ Miller in the past. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Another inmate, ▇▇▇▇▇ told Miller that his ▇▇▇▇▇▇▇ was showing other inmates his discovery for their case. Miller received an e-mail at ▇▇▇▇▇ which he believed was sent by ▇▇▇. The email asked how Miller was doing, Miller believed it was an indirect inquiry from ▇▇▇▇▇▇▇▇▇▇▇▇.

## Consent to Search Signed

Miller signed consent to search four (4) other phones and a GPS device seized subsequent to his arrest by the Drug Enforcement Administration on August 1, 2018. The signed consent form was witnessed by SA Knorr in the presence of Mr. Mizono. A copy of the form will be attached to this report. Miller advised 3666, 2580, or 0852 were possible pass codes for his phones.