MARCIA A. MORRISSEY
Law Office of Marcia A. Morrissey
11400 W. Olympic Blvd., Suite 1500
Los Angeles, CA 90064
Telephone: 310-399-3259
Email: morrisseyma@aol.com

DONOVAN ASAO ODO
Law Office of Donovan A. Odo LLC
P.O. Box 939
Aiea, HI 96701
Telephone: 808-554-3490
Email: donovan.a.odo@gmail.com

Attorneys for Defendant
DELIA FABRO-MISKE

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DELIA FABRO-MISKE (12),<br>Defendant. | Cr. No. 1-19-CR-00099 DJK-KJM<br><br>**EXHIBIT R TO DELIA FABRO-MISKE'S SENTENCING MEMORANDUM** |

Delia Fabro-Miske, by her counsel, Marcia A. Morrissey and Donovan A. Odo,

respectfully submits Exhibit R in support of her Sentencing Memorandum filed April 7, 2025.

Dated: April 9, 2025                Respectfully submitted,

*/s/ Marcia A. Morrissey*
MARCIA A. MORRISSEY

*/s/ Donovan A. Odo*
DONOVAN A. ODO

Counsel for DELIA FABRO-MISKE

# E NOA CORPORATION

OPERATORS OF E NOA TOURS & WAIKIKI TROLLEY        "THE TOUR & TROLLEY PEOPLE"

April 5, 2025

To Honorable Judge:

My name is Maki Kuroda, and I have the privilege of serving as the CEO/President of E Noa Corporation. This company has served our community with pride and dedication for many years. I write this character reference on behalf of Ms. Delia Miske with the utmost sincerity and respect.

Delia has been a truly invaluable member of our team. Over the years, I have witnessed her rise through the ranks of our organization through sheer dedication, intelligence, and hard work. Today, she holds a key leadership role overseeing our Central Control Department, which manages reservations and dispatch, an incredibly critical function that directly impacts our entire operation. Her role cannot be easily replaced; she plays a pivotal part in our daily success.

Beyond her professional task capabilities, Delia is a person of deep character. She is dependable, trustworthy, and incredibly thoughtful. She is the kind of employee every leader hopes to have on their team. She shows strong integrity, communicates effectively, is kind, and brings a sense of calm and confidence to even the most stressful situations to her department. And that is now limited to her department. Everyone at E Noa adores her. That speaks volumes about who Delia is, not just as a professional but as a human being. Her kindness and authenticity shine through in every interaction.

While I am aware of the serious matter at hand, I respectfully ask that you consider Delia's long-standing history of integrity, her service to our organization, and the tremendous positive impact she continues to have on those around her. She is not only a valued employee but also a person who is deeply respected and loved by many.

Thank you for taking the time to read this letter. If I can be of further assistance or provide additional information, please do not hesitate to contact me.

Warmest regards,

*Maki Kuroda*

Maki Kuroda
CEO/President, E Noa Corporation
(808)392-5555

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically served through CM/ECF on the following on April 9, 2025.

| | |
|---|---|
| Mark A. Inciong, Esq. | mark.inciong@usdoj.gov |
| Michael D. Nammar, Esq. | michael.nammar@usdoj.gov |
| W. Keaupuni Akina | KeAupuni.Akina@usdoj.gov |
| Aislinn K. Afafinito | Aslinn.Affinito@usdoj.gov |

Dated: April 8, 2025.

/s/ *Marcia A. Morrissey*
Marcia A. Morrissesy